UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

JOHN MCMURRAY,                                    Docket No. 08-civ-7048 (GEL)

              Plaintiff,                    **RULE 7.1 STATEMENT**

    v.

METALLIC LATHER'S REINFORCING
IRON WORKER'S UNION LOCAL46,
AFL-CIO

              Defendants.
------------------------------------------------ X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Metallic Lather's Reinforcing Iron Worker's Union Local46, AFL-CIO (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date:   August 19, 2008

                                        _____
                                        RICHARD H. MARKOWITZ, Esquire
                                        Attorney Bar Code:   5158
                                        Markowitz & Richman
                                        121 South Broad Street
                                        Suite 1100
                                        Philadelphia, PA 19107
                                        (215) 875-3100
                                        -and-
                                        488 Madison Avenue
                                        New York, NY 10022
                                        (212) 486-9494

                                        Attorneys for Defendant
                                        Metallic Lather's Reinforcing Iron Workers
                                        Union, Local 46, AFL-CIO